IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHEDRICK DION GADSON, )
)
    Petitioner, )
)
v. ) CASE NO. 2:16-CV-266-WKW
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

## **ORDER**

On November 6, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) The Recommendation (Doc. # 16) is ADOPTED;

(2) The 28 U.S.C. § 2255 motion filed by Petitioner Chedrick Dion Gadson (Doc. # 2) is DENIED; and

(3) This action is DISMISSED WITH PREJUDICE.

Final judgment will be entered separately.

DONE this 6th day of December, 2018.

                                     /s/ W. Keith Watkins
                             CHIEF UNITED STATES DISTRICT JUDGE